ACCEPTED
06-15-00049-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
7/10/2015 9:48:29 PM
DEBBIE AUTREY
CLERK

NO. 06-15-00049-CR

IN THE COURT OF APPEALS, 6ᵗʰ DISTRICT
TEXARKANA, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

7/13/2015 8:08:00 AM

DEBBIE AUTREY
Clerk

-----------------------------------------------

KELLY RAY TADLOCK,

Appellant,

VS.

THE STATE OF TEXAS,

Appellee,

-----------------------------------------------

Appealed from No. 1424225
the 8th District Court Hopkins County, Texas

-----------------------------------------------

## SECOND MOTION FOR EXTENSION

## OF TIME TO FILE APPELLANT'S BRIEF

-----------------------------------------------

TO THE HONORABLE JUSTICES OF THE SIXTH COURT OF APPEALS:

COMES NOW, KELLY RAY TADLOCK, DEFENDANT, through his attorney and files this Second Motion for Extension of time to file his Appellate Brief and would show in support thereof:

1. Appellant was convicted of the offense of Indecency with a Child, in a trial to the court and sentenced to 20 years TDCJ

2. The reporter's record was file timely making the Appellant's Brief due on 4 June 2015

3. This is Appellant's second request for a extension of time to file, the brief is

being filed concurrently with this Motion.

4. The State has no opposition to the granting of this Motion

5. Counsel is appointed trial counsel in the re-trial of The State of Texas v. Roy Dean Duffey, reversed by this Honorable Court; set for 8 June 2015. As a result of preparation for that trial the undersigned has not been able to dedicate the time to fully researching the legal issues in the instant case and requests an extension of 60 days; *Counsel has been preparing the Motion for New Trial in the Duffey matter, and researching the law in the instant case.*

Wherefore, Defendant prays this court grant him leave to file the Appellants brief concurrent with this Motion and for such other relief to which he may be entitled.

Respectfully submitted,

___/s/_Frank R. Hughes_
FRANK R. HUGHES
Attorney at Law
P. O. Box 8145
Greenville, Texas 75404

(903)456-2703
State Bar No.: 10236500
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2015, a true and correct copy of the foregoing document was delivered to counsel of record, set out below.

/s/Frank R. Hughes
FRANK R. HUGHES

Will Ramsay,
District Attorney 8th Judicial District
110 Main St.
Sulphur Springs, TX 75482
Email:

3